IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: Martha Kathleen Schmidt et al. v. WYETH, et al. | CIVIL ACTION NO. 12-20007 |

**PRETRIAL ORDER NO. 8949**

AND NOW, this 9th day of October, 2012, it is hereby ORDERED that the motion of plaintiffs to remand this action to the Court of Common Pleas of Philadelphia County is GRANTED. See Thomas v. Wyeth Pharmaceuticals, Inc., MDL Docket No. 1203, no. 12-20006 (PTO 8948) (E.D. Pa. Oct 5, 2012).

BY THE COURT:

*/s/ Harvey Bartle* J.